## CERTIFICATE OF SERVICE

      I hereby certify that on October 2 , 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By: /s/ *Mary K. Schulz*  
                                              Mary K. Schulz